DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GAREY R. NEHRKE** and **MARGARET NEHRKE,**
Appellants,

v.

**WELLS FARGO BANK** and
**LEISUREVILLE COMMUNITY ASSOCIATION, INC.,**
Appellees.

No. 4D18-2368

[May 9, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry J. Stone, Senior Judge; L.T. Case No. CACE14006978.

Garey Nehrke, Pompano Beach, pro se.

Tricia J. Duthiers of Liebler Gonzalez & Portuondo, Miami, for appellee Wells Fargo.

PER CURIAM.

*Affirmed.*

WARNER, FORST and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***